UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Zaheer Pajnigar, individually and on behalf of all others similarly situated, | Case No. 17-cv-0443 (WMW/HB) |
| Plaintiff, | **ORDER** |
| v. | |
| Arctic Cat, Inc.; Kim A. Brink; Tony J. Christianson; Andrew S. Duff; Susan E. Lester; Christopher T. Metz; Joseph F. Puishys; and Kenneth J. Roering, | |
| Defendants. | |

On March 10, 2017, the parties filed a joint stipulation for dismissal. (Dkt. 25.) Based on the parties' stipulation and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. This case is **DISMISSED WITH PREJUDICE** as to Plaintiff Zaheer Pajnigar and **DISMISSED WITHOUT PREJUDICE** as to all other members of the putative class.

2. This Order is entered without prejudice to any right, position, claim or defense any party may assert as to Plaintiff's entitlement to attorneys' fees. Plaintiff shall file any claim for attorneys' fees no later than April 27, 2017.

3. If Plaintiff timely files a claim for attorneys' fees, Defendants shall file any response no later than 14 days after Plaintiff's claim is filed.

4. No reply will be permitted.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: March 21, 2017                              s/Wilhelmina M. Wright
                                                                  Wilhelmina M. Wright
                                                                  United States District Judge